ORIGINAL

1  TERRY E. SANCHEZ, (State Bar No. 101218)
   terry.sanchez@mto.com
2  KATHERINE M. FORSTER (State Bar No. 217609)
   katherine.forster@mto.com
3  SORAYA C. KELLY (State Bar No. 252993)
   soraya.kelly@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
7
   Attorneys for Defendant
8  MERRILL LYNCH, PIERCE, FENNER & SMITH
   INCORPORATED
9

E-filing   ADR

FILED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08 03453 HRL

| | |
|---|---|
| MARK L. GRINGERI, | CASE NO. _____ |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO F.R.C.P. RULE 7.1 AND LOCAL RULE 3-16 |
| vs. | |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PAT WILLIAMS, and DOES 1 through 100, | [Santa Clara County Superior Court Case No. 07CV090322] |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16, the undersigned certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

5438367.1

CERTIFICATION OF INTERESTED
ENTITIES/PERSONS

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated has a financial interest in the outcome of this proceeding. Merrill Lynch, Pierce, Fenner & Smith Incorporated is a wholly-owned subsidiary of Merrill Lynch & Co., Inc., a publicly held corporation whose shares are listed and traded on the New York Stock Exchange. Merrill Lynch & Co., Inc. does not have any parent corporations.

DATED: July 17, 2008

MUNGER, TOLLES & OLSON LLP
   TERRY E. SANCHEZ
   KATHERINE M. FORSTER
   SORAYA C. KELLY

By: _____
    KATHERINE M. FORSTER

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED