Steven M. Fink, Esq. (Bar No. 47789)
**MESIROW & FINK**
10 Almaden Boulevard, Suite 400
San Jose, California 95113-2237
Tel: (408) 288-8100
Fax: (408) 288-9409

Attorneys for Plaintiff, MARK L. GRINGERI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARK L. GRINGERI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PAT WILLIAMS, and DOES 1 through 100,<br><br>　　　　　　Defendants. | CASE NO. 5:08-CV-03453-HRL<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

　　　Plaintiff, MARK L. GRINGERI, hereby respectfully demands a trial by jury herein.

Dated: July 18, 2008　　　　　　　　　MESIROW & FINK

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　STEVEN M. FINK
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, MARK L. GRINGERI

P:\GRINGERI\PLEADINGS\demand for jury trial.wpd

1