TERRY E. SANCHEZ, (State Bar No. 101218)
terry.sanchez@mto.com
KATHERINE M. FORSTER (State Bar No. 217609)
katherine.forster@mto.com
SORAYA C. KELLY (State Bar No. 252993)
soraya.kelly@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK L. GRINGERI,<br><br>Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PAT WILLIAMS, and DOES 1 through 100,<br><br>Defendants. | CASE NO.  C08 03453 HRL<br><br>**PROOF SERVICE OF NOTICE OF REMOVAL AND ACCOMPANYING PAPERS**<br><br>[Santa Clara County Superior Court Case No. 107CV090322] |

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause.  I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California.  My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

5512848.1

1           On July 17, 2008, I served upon the interested party(ies) in this action the

2    foregoing document(s) described follows:

3           1.     Notice of Removal;

4           2.     Civil Cover Sheet;

5           3.     Certification of Interested Entities or Persons Pursuant to F.R.C.P. Rule 7.1

6                  and Local Rule 3-16; and

7           4.     Declaration of Katherine M. Forster In Support of Defendant Merrill

8                  Lynch's Notice of Removal.

9           5.     Order Setting Initial Case Management Conference and ADR Deadlines

10          6.     Standing Order for All Judges of the Northern District of California;

11                 Contents of Joint Case Management Statement

12          7.     Guidelines -- Welcome to the United States District Court for the Northern

13                 District of California, Clerk's Office, San Jose Division

14          **BY FEDERAL EXPRESS PRIORITY OVERNIGHT DELIVERY** I caused

15   such envelope(s) to be placed for Federal Express collection and delivery at Los Angeles,

16   California. I am "readily familiar" with the firm's practice of collection and processing

17   correspondence for Federal Express mailing. Under that practice it would be deposited with the

18   Federal Express office on that same day with instructions for overnight delivery, fully prepaid, at

19   Los Angeles, California in the ordinary course of business. I am aware that on motion of the

20   party served, service is presumed invalid if the Federal Express delivery date is more than one

21   day after dated of deposit with the local Federal Express office, pursuant to this affidavit.

22          I declare that I am employed in the office of a member of the bar of this court at

23   whose direction the service was made.

24          Executed on July 17, 2008, at Los Angeles, California

25

26                                      Monica Walker

27

28

5512848.1             - 2 -          PROOF OF SERVICE OF NOTICE OF REMOVAL
                                        AND ACCOMPANYING PAPERS

1                              **SERVICE LIST**

2

3    Steven M. Fink
     MESIROW & FINK
4    10 Almaden Blvd, Suite 400
     San Jose, CA 95113-3227
5
     Telephone:  408-288-8100
6    Facsimile:   408-288-9409
     smf@sjlawyers.com
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5512848.1                          - 3 -        PROOF OF SERVICE OF NOTICE OF REMOVAL
                                                 AND ACCOMPANYING PAPERS