1  Steven M. Fink, Esq. (Bar No. 47789)
   **MESIROW & FINK**
2  10 Almaden Boulevard, Suite 400
   San Jose, California 95113-2237
3  Tel: (408) 288-8100
   Fax: (408) 288-9409
4
   Attorneys for Plaintiff, MARK L. GRINGERI
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARK L. GRINGERI,<br><br>        Plaintiff,<br><br>vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, PAT WILLIAMS, and DOES 1 through 100,<br><br>        Defendants. | CASE NO. 5:08-CV-03453-HRL<br><br>**PLAINTIFF'S REQUEST FOR REASSIGNMENT** |

**REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE**

The undersigned party, Plaintiff, MARK L. GRINGERI, by and through is counsel of record, hereby declines consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States Judge.

Dated: July 18, 2008

                                    MESIROW & FINK

                                    _____
                                    STEVEN M. FINK
                                    Attorneys for Plaintiff, MARK L. GRINGERI

Mesirow & Fink

P:\GRINGERI\PLEADINGS\REQUEST FOR REASSIGNMENT-1.wpd

1