**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**July 21, 2008**

**CASE NUMBER:  CV 08-03453 HRL**
**CASE TITLE:  MARK L. GRINGERI-v-MERRILL LYNCH, PIERCE, FENNER AND SMITH CORP, ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:  8/21/2008

FOR THE EXECUTIVE COMMITTEE:

_____
Richard W. Wieking
Clerk

NEW CASE FILE CLERK:         8/21/2008

| | | | |
|---|---|---|---|
| Copies to: Courtroom Deputies | 8/21/2008 | Special Projects | 8/21/2008 |
| Log Book Noted | 8/21/2008 | Entered in Computer | 8/21/2008 |

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel         8/21/2008         Transferor CSA         8/21/2008