**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT
7
8               FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  MARK L. GRINGERI                          NO. CV 08-03453 JW

11                  Plaintiff,               **CLERK'S NOTICE RE: FAILURE
        v.                                   TO FILE ELECTRONICALLY
12                                           AND/OR REGISTER AS AN E-
                                             FILER**
13  MERRILL LYNCH, PIERCE, FENNER AND SMITH
    CORP, ET AL
14                  Defendant.
                                                    /
15

16  On 7/17/08, counsel for Defendant filed a Notice of Removal manually, on paper.  This case has been

17  designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18

19  The above mentioned  paper document has been filed and docketed. However, General Order 45

20  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

21  presumptively designated" as e-filing cases. Therefore, counsel for Defendant  should submit the Notice

22  of removal, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges

23  chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and

24  follow the procedure listed there).  Do *not* e-file a document which has been previously filed on paper,

25  as is the case with the above mentioned filing. All subsequent papers should be e-filed.

26

27  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

28  become an ECF User and be assigned a user ID and password for access to the system upon designation

1    of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users

2    must do so immediately. Forms and instructions for registering can be found on the Court's Web site

3    at ecf.cand.uscourts.gov.

4    Dated: August 5, 2008                                    <u>Cindy Vargas</u>
                                                              Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2