1  TERRY E. SANCHEZ (SBN 101318)
   Terry.Sanchez@mto.com
2  KATHERINE M. FORSTER (SBN 217609)
   Katherine.Forster@mto.com
3  SORAYA C. KELLY (SBN 252993)
   Soraya.Kelly@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
6  Facsimile:   (213) 687-3702

7  Attorneys for Defendant
   MERRILL LYNCH, PIERCE, FENNER & SMITH,
8  INCORPORATED

9

10 STEVEN M. FINK (SBN 47789)
   Smf@sjlawyers.com
   MESIROW & FINK
11 10 Almaden Boulevard, Suite 400
   San Jose, CA 95113-2237
12 Telephone:   (408) 288-8100
   Facsimile:   (408) 288-9409
13
   Attorneys for Plaintiff
14 MARK L. GRINGERI

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*4/23/2009*

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                      SAN JOSE DIVISION

19

20  MARK L. GRINGERI,                   | CASE NO. C 08-03453 JW

21          Plaintiff,                  | **STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY AND PRETRIAL DEADLINES AND [PROPOSED] ORDER**

22      vs.

23  MERRILL LYNCH, PIERCE, FENNER &     | (N.D. Cal. Civil Local Rules 6-1, 6-2 & 7-12)
    SMITH, INCORPORATED,
24                                      | Judge:  The Honorable James Ware
            Defendant.
25

26

27

28

7627685.1

1  WHEREAS, the Court's Order of November 6, 2008 provides that the close of all discovery shall be on June 15, 2009;

3  WHEREAS, the deadline for initial expert witness disclosures was set for April 13, 2009, 63 days prior to the discovery cutoff date, and the deadline for rebuttal expert witness disclosures was set for April 27, 2009, 49 days prior to the discovery cutoff date;

WHEREAS, due to time constraints and a scheduling oversight, Plaintiff was unable to make expert disclosures and submit an expert witness report on April 13, 2009;

WHEREAS, the Court's Order of November 6, 2008 provides that the last date for hearing dispositive motions shall be on August 17, 2009;

WHEREAS, the parties cannot schedule a hearing for dispositive motions during the time period between July 13, 2009 through August 14, 2009, due to the Court's unavailability;

WHEREAS, due to scheduling constraints, the parties are unable to establish a motion briefing schedule so that dispositive motions are heard by August 17, 2009;

WHEREAS, the parties have agreed, subject to the Court's approval, to extend the expert witness disclosure deadline to May 11, 2009, the rebuttal expert witness disclosure deadline to June 1, 2009, the discovery cutoff date to July 6, 2009, and the last day to hear dispositive motions to August 31, 2009;

WHEREAS, the parties and the Court have not yet set a preliminary trial date;

IT IS HEREBY STIPULATED THAT

The deadline for initial expert witness disclosures, including expert witness reports, shall be extended to May 11, 2009;

The deadline for rebuttal expert witness disclosures, including expert witness reports, shall be extended to June 1, 2009;

The date for the close of all discovery shall be extended to July 6, 2009;

The last date for the hearing of dispositive motions shall be set for August 31, 2009.

///

///

///

| | |
|---|---|
| DATED: April 21, 2009 | MUNGER, TOLLES & OLSON LLP |
| | By: _____ |
| | SORAYA C. KELLY |
| | |
| | Attorneys for Defendant |
| | MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED |
| | |
| | MESIROW & FINK |
| | |
| | By: _____ |
| | STEVEN M. FINK |
| | |
| | Attorneys for Plaintiff |
| | MARK L. GRINGERI |

**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for initial expert witness disclosures, including expert witness reports, shall be extended to May 11, 2009. The deadline for rebuttal expert witness disclosures, including expert witness reports, shall be extended to June 1, 2009. The date for the close of all discovery shall be extended to July 6, 2009. The last date for the hearing of dispositive motions shall be set for **September 14, 2009. The preliminary pretrial conference is continued from May 11, 2009 at 11:00 to June 8, 2009 at 11:00 AM. The parties are to file a joint pretrial statement by May 29, 2009.**

DATED:  April 23 , 2009                          */s/ James Ware*
                                                 HONORABLE JUDGE JAMES WARE

7627685.1

- 3 -

STIPULATED REQUEST AND [PROPOSED] ORDER
EXTENDING DISCOVERY & PRETRIAL DEADLINES

## CERTIFICATION

I, Soraya C. Kelly, am the ECF User whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER EXTENDING DISCOVERY AND PRETRIAL DEADLINES AND [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that Steven M. Fink concurred in this filing.