TERRY E. SANCHEZ (SBN 101318)
Terry.Sanchez@mto.com
KATHERINE M. FORSTER (SBN 217609)
Katherine.Forster@mto.com
SORAYA C. KELLY (SBN 252993)
Soraya.Kelly@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH,
INCORPORATED

STEVEN M. FINK (SBN 47789)
Smf@sjlawyers.com
MESIROW & FINK
10 Almaden Boulevard, Suite 400
San Jose, CA 95113-2237
Telephone:   (408) 288-8100
Facsimile:   (408) 288-9409

Attorneys for Plaintiff
MARK L. GRINGERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK L. GRINGERI,<br><br>              Plaintiff,<br><br>       vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>              Defendant. | **CASE NO.  C 08-03453 JW**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S REBUTTAL EXPERT WITNESS DISCLOSURE AND [PROPOSED] ORDER**<br><br>Judge:       The Honorable James Ware |

7839738.1

STIPULATION TO EXTEND DEADLINE FOR
REBUTTAL EXPERT DISCLOSURE

1    WHEREAS, the Court's Order of April 23, 2009 provides that the deadline for
2 rebuttal expert witness disclosures, including expert witness reports, shall be on June 1, 2009;
3    WHEREAS, on May 19, 2009, Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc.
4 contacted Plaintiff Mark Gringeri's counsel and requested an extension of the deadline to submit
5 a rebuttal expert witness report;
6    WHEREAS, on May 19, 2009, Plaintiff's counsel agreed to grant Defendant an
7 extension of the deadline to submit a rebuttal expert witness report;
8    IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, through their
9 respective counsel of record, that Defendant shall have until June 5, 2009 to submit a rebuttal
10 expert witness report.

DATED: May 20, 2009

MUNGER, TOLLES & OLSON LLP

By: _____
    SORAYA C. KELLY

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED

DATED: May 20, 2009

MESIROW & FINK

By: _____
    STEVEN M. FINK

Attorneys for Plaintiff
MARK L. GRINGERI

- 1 -

7839738.1

STIPULATION TO EXTEND DEADLINE FOR
REBUTTAL EXPERT DISCLOSURE

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for rebuttal
2  expert witness disclosures, including expert witness reports, shall be extended to June 5, 2009.

3
4
5  DATED:  May 22   , 2009                 *James Ware*
                                            _____
6                                           HONORABLE JUDGE JAME S WARE

## CERTIFICATION

I, Soraya C. Kelly, am the ECF User whose identification and password are being used to file this STIPULATION TO EXTEND DEADLINE FOR DEFENDANT'S REBUTTAL EXPERT WITNESS DISCLOSURE AND [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that Steven M. Fink concurred in this filing.