1  TERRY E. SANCHEZ (SBN 101318)
   Terry.Sanchez@mto.com
2  KATHERINE M. FORSTER (SBN 217609)
   Katherine.Forster@mto.com
3  SORAYA C. KELLY (SBN 252993)
   Soraya.Kelly@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
5  Los Angeles, CA  90071-1560
   Telephone:    (213) 683-9100
6  Facsimile:    (213) 687-3702

7  Attorneys for Defendant
   MERRILL LYNCH, PIERCE, FENNER & SMITH,
8  INCORPORATED

9

10 STEVEN M. FINK (SBN 47789)
   Smf@sjlawyers.com
   MESIROW & FINK
11 10 Almaden Boulevard, Suite 400
   San Jose, CA 95113-2237
12 Telephone:    (408) 288-8100
   Facsimile:    (408) 288-9409
13
   Attorneys for Plaintiff
14 MARK L. GRINGERI

15

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18                         SAN JOSE DIVISION

19

20 MARK L. GRINGERI,                    CASE NO.  C 08-03453 JW

21          Plaintiff,                  STIPULATED REQUEST FOR ORDER
                                        EXTENDING DEADLINE FOR HEARING
22     vs.                              OF DISPOSITIVE MOTIONS AND
                                        [PROPOSED] ORDER
23 MERRILL LYNCH, PIERCE, FENNER &
   SMITH, INCORPORATED,                 (N.D. Cal. Civil Local Rules 6-1, 6-2 & 7-12)
24
            Defendant.                  Judge:    The Honorable James Ware
25

26

27

28

8226035.1                               STIPULATED REQUEST AND [PROPOSED] ORDER
                                        EXTENDING MOTION HEARING DEADLINE

1       WHEREAS, the Court's June 9, 2009 Order provides that last date to hear dispositive
2 motions and an anticipated motion for summary judgment shall be on September 14, 2009;
3       WHEREAS, the parties cannot schedule a hearing for dispositive motions during the
4 time period between July 13, 2009 through August 14, 2009, due to the Court's unavailability;
5       WHEREAS, the parties cannot schedule a hearing for dispositive motions during the
6 time period between August 17, 2009 to August 31, 2009, because the Court has reserved those
7 dates for the hearing of motions in criminal matters;
8       WHEREAS, the parties cannot schedule a hearing for dispositive motions on
9 September 7, 2009, which is a federal holiday;
10       WHEREAS, September 14, 2009 and September 21, 2009 are no longer available for
11 the hearing of dispositive motions;
12       WHEREAS, the parties are unable to schedule a hearing for dispositive motions on
13 September 28, 2009, which is a religious holiday;
14       WHEREAS, the parties are unable to establish a dispositive motion briefing schedule
15 with a hearing date of October 5, 2009, due to scheduling constraints;
16       WHEREAS, the parties cannot schedule a hearing for dispositive motions on October
17 12, 2009, which is a federal holiday;
18       WHEREAS, the parties have agreed, subject to the Court's approval, to extend the last
19 day to hear dispositive motions to October 19, 2009;
20       WHEREAS, the parties have agreed, subject to the Court's approval, that motions and
21 opening briefs shall be due on September 4, 2009, opposition briefs shall be due on September
22 25, 2009, and reply briefs shall be due on October 9, 2009;
23       WHEREAS, the parties and the Court have set a preliminary trial date of January 12,
24 2010;
25       IT IS HEREBY STIPULATED THAT:
26       The last date for the hearing of dispositive motions shall be set for October 19, 2009.
27 Motions and opening briefs shall be due on September 4, 2009, opposition briefs shall be due on
28 September 25, 2009, and reply briefs shall be due on October 9, 2009.

- 1 -

8226035.1                       STIPULATED REQUEST AND [PROPOSED] ORDER
                                  EXTENDING MOTION HEARING DEADLINE

| | | |
|---|---|---|
| 1 | DATED: June 30, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: /s/ Soraya Kelly<br>SORAYA C. KELLY |
| 4 | | Attorneys for Defendant |
| 5 | | MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED |
| 6 | | |
| 7 | | MESIROW & FINK |
| 8 | | |
| 9 | | By: /s/ Steven M. Fink<br>STEVEN M. FINK |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>MARK L. GRINGERI |

8226035.1

- 2 -

STIPULATED REQUEST AND [PROPOSED] ORDER
EXTENDING MOTION HEARING DEADLINE

1  PURSUANT TO STIPULATION, IT IS SO ORDERED. The last date for the hearing
2  of dispositive motions shall be set for October 19, 2009. Motions and opening briefs shall be due
3  on September 4, 2009, opposition briefs shall be due on September 25, 2009, and reply briefs
4  shall be due on October 9, 2009.

The Court sets the hearing on anticipated dispositive motions for **October 19, 2009 at 9:00 AM**. The parties shall adhere to the stipulated briefing schedule. All other dates remain unchanged. The Court will not entertain further requests for continuances.

DATED: July 10, 2009

*/s/ James Ware*

HONORABLE JUDGE JAMES WARE

## **CERTIFICATION**

I, Soraya C. Kelly, am the ECF User whose identification and password are being used to file this STIPULATED REQUEST FOR ORDER EXTENDING DEADLINE FOR HEARING OF DISPOSITIVE MOTIONS AND [PROPOSED] ORDER. In compliance with General Order 45.X.B., I hereby attest that Steven M. Fink concurred in this filing.