TERRY E. SANCHEZ (SBN 101318)
Terry.Sanchez@mto.com
KATHERINE M. FORSTER (SBN 217609)
Katherine.Forster@mto.com
SORAYA C. KELLY (SBN 252993)
Soraya.Kelly@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant
MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED


STEVEN M. FINK (SBN 47789)
Smf@sjlawyers.com
MESIROW & FINK
10 Almaden Boulevard, Suite 400
San Jose, CA 95113-2237
Telephone: (408) 288-8100
Facsimile: (408) 288-9409

Attorneys for Plaintiff
MARK L. GRINGERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK L. GRINGERI,<br><br>              Plaintiff,<br><br>   vs.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>              Defendant. | **CASE NO. C 08-03453 JW**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)**<br><br>The Honorable James Ware |

9751697.1

STIP. & [PROPOSED] ORDER OF DISMISSAL /
CV-08-03453 JW

1        WHEREAS, plaintiff Mark Gringeri ("Gringeri") has brought this action alleging various employment claims against Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch");

       WHEREAS, the parties have reached a settlement agreement which requires the parties to file a stipulation dismissing with prejudice all of Gringeri's claims. All costs and attorneys fees are to be borne by the respective parties who incurred such fees and costs except as set forth in the parties' Agreement and Release;

       WHEREAS, the parties through their counsel of record hereby stipulate to the dismissal of this action in its entirety with prejudice, and this agreement and the associated entry of the requested dismissal will result in the termination of this case;

       IT IS HEREBY STIPULATED pursuant to FRCP 41(a) that this case shall be and is hereby dismissed with prejudice as to Gringeri.

DATED: January 20, 2010         DATED: January 20, 2010

MUNGER, TOLLES & OLSON LLP         MESIROW & FINK

By: _____/s/_____         By: _____/s/_____
    KATHERINE M. FORSTER             STEVEN M. FINK

Attorneys for Defendant         Attorneys for Plaintiff
MERRILL LYNCH, PIERCE, FENNER &         MARK L. GRINGERI
SMITH, INCORPORATED

PURSUANT TO STIPULATION, IT IS SO ORDERED.    The Clerk shall close this file.

Date: January 22, 2010         /s/ James Ware
                                            The Honorable James Ware
                                            United States District Judge

# CERTIFICATION

I, Katherine Forster, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP 41(a). In compliance with General Order 45.X.B., I hereby attest that Steven Fink concurred in this filing.